Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | March 01, 2023 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-485, Application to Register Permanent Residence or Adjust Status | | A201395706 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2390310211 | February 10, 2023 | 1 of 1 |
| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
| January 11, 2021 | Special immigrant juvenile, Form I-360 | February 21, 2002 |

THIAGO CARLOS MIRANDA
235 MARGINAL ST
CHELSEA, MA 02150

2 00000062

**NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $1,140.00 |
| **Biometrics Fee:** | $85.00 |
| **Total Amount Received:** | $1,225.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

We did not receive a valid Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with your case. If you wish for someone to represent you, please have your attorney or accredited representative submit Form G-28 to the USCIS location listed at the bottom of this notice. For more information on filing G-28, please visit uscis.gov/forms/filing-your-form-g-28.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
Attention: Special Immigrant Juvenile
7600B West 119th Street
Overland Park, KS 66213

**USCIS Contact Center Number:**

(800)375-5283

If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for Customers with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) for help in English or Spanish.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.