Bob Sweeney
Constable Services
PO Box 80018
Stoneham, MA 02180
sweeneybob54@gmail.com
Tel: (781) 526-9440

SIGILLUM REIPUBLICAE MASSACHUSETTENSIS

COMMONWEALTH OF MASSACHUSETTS

OFFICER'S RETURN

Reference: 1:26-cv-11514-AK

Date: 5/5/2026

Time of Service: 10:40AM

On this day I served U.S. Attorney's Office – District of Massachusetts to appear

As within directed by delivering to

1 Courthouse Way #9200 Boston, MA

[X] In Hand Service to: **Douglas R. – Authorized to Accept**

[ ] Left at Last & Usual Place of Abode

[X] Certified Mailings

Address: (5) Certified Mailings

SEE ATTACHED

Service & Mileage: $30.00

Witness Fee:

Total: $30.00

Documents Served:

Summons, Complaint for Writ of Mandamus, CA Cover Sheet

Robert Sweeney

Disinterested Person
Constable – Process Server